# EXHIBIT 1

OFFENDER'S REQUEST FOR LEGAL / INDIGENT MAIL

NAME: Patrick W. Matthews

NUMBER: 501839

LOCATION: CBC 4/2 3

BALANCE IN YOUR DRAWING ACCOUNT: $ 0

LIST EACH ITEM TO BE MAILED
GIVE THE NAME AND COMPLETE ADDRESS OF EACH
PIECE TO BE MAILED:

1) App for Writ of Certiorari
Honorable Walter P. Reed; 22nd JDC DA
name

701 North Columbia St.
address

Covington, LA 70433
city, state, zip code

1) App for Writ of Certiorari
Clerk; Supreme Court of Louisiana
name

400 Royal St., Suite 4200
address

New Orleans, LA 70130
city, state, zip code

_____
name

_____
address

_____
city, state, zip code

ANY DELIBERATE MISREPRESENTATION WILL RESULT
IN YOUR MAIL BEING RETURNED

Patrick Matthews #501839
offender's signature and number

_____      1/21/11
classification officer        date