UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **PATRICK MATTHEWS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 15-430** |
| **BURL CAIN, WARDEN** | **SECTION: "G"(1)** |

### O R D E R

A status conference is hereby **SCHEDULED** in this matter for **Thursday, December 14, 2017, at 1:30 p.m.**, before the undersigned United States Magistrate Judge. The conference will be held in chambers at Room B345, 500 Poydras Street, New Orleans, Louisiana. **Counsel shall participate in person.**

New Orleans, Louisiana, this twenty-ninth day of November, 2017.

_____
**JANIS VAN MEERVELD**
**UNITED STATES MAGISTRATE JUDGE**