UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **PATRICK MATTHEWS,** | * | **CIVIL ACTION** |
| **PETITIONER** | * | |
| | * | |
| **VERSUS** | * | **NO. 2:15-cv-0430** |
| | * | |
| **DARREL VANNOY, WARDEN,**[*] | * | **SECTION "G" (1)** |
| **RESPONDENT** | * | |

**NOTICE OF COMPLIANCE WITH COURT ORDER**

MAY IT PLEASE THE COURT:

This Court on August 29, 2018 ordered that petitioner Patrick Matthews "be released from confinement unless the state court resentences him to a constitutional sentence in accordance with this Court's opinion within one hundred twenty (120) days" (ECF Docs. 39-40), that is, on or before December 27, 2018.

The respondent now informs the Court that the state court resentenced the petitioner to a term of twenty (20) years at hard labor on December 10, 2018. See Exhibit 1 (minute entry).

The respondent respectfully prays that the state court's action and this notice be deemed sufficient to discharge the obligation created by the Court's August 29, 2018 order.

---

[*] The respondent is presently listed as Burl Cain, however, Mr. Cain has retired and the warden of Louisiana State Penitentiary is now Darrel Vannoy. Accordingly, the undersigned names Darrel Vannoy as the respondent. See Rule 2(a) of the Rules Governing Section 2254 Cases in the United States District Courts; see also F.R.C.P. Rule 25(d).

Respectfully Submitted,

/s/ Matthew Caplan
Matthew Caplan
La. Bar No. 31650
Assistant District Attorney
22nd Judicial District – Parishes of
    St. Tammany and Washington
701 N. Columbia Street
Covington, LA 70433

CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2018, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Matthew Caplan
Matthew Caplan
La. Bar No. 31650
Assistant District Attorney
22nd Judicial District – Parishes of
    St. Tammany and Washington
701 N. Columbia Street
Covington, LA 70433