DOCKET NO: 467460
PAGE 1 of 1

Monday, December 10, 2018

COURT MET THIS DAY AND PURSUANT TO ADJOURNMENT, PRESENT AND PRESIDING, HIS HONOR, AUGUST J. HAND, JUDGE DIVISION "B"; MARY SMITH AND JERRY SMITH, ASSISTANT DISTRICT ATTORNEYS, AND RANDALL C. SMITH, SHERIFF AND MELISSA R. HENRY, CLERK OF COURT. (Bailiff, Robert Jones and Court Reporter, Laura Chabreck)

467460      STATE OF LOUISIANA
            VS
            PATRICK WARREN MATTHEWS

The defendant being present in open Court attended by his Counsel, Justin Caine Harrell and this matter being on assignment for Resentencing, after review of record and all motions filed and arugment by the State and Defense, Court ordered for the sentence as to Count 1 from February 12, 2010 be vacated and set aside. Further, Court resentenced the defendant as to Count 1 and having been found to be a second felony offender pursuant to Article 15:529.1, Court at this time sentences him to serve a period of **TWENTY (20) YEARS to be served without benefit of probation, parole or suspension** at hard labor with the Department of Public Safety and Corrections of the State of Louisiana. The defendant is parole eligible when available.

Further, Court ordered for the sentence imposed herein is to run concurrently with the sentence imposed under Counts 2 and 3.

SLV

A TRUE EXTRACT OF THE MINUTES OF THIS COURT

DEPUTY CLERK
22ND JUDICIAL DISTRICT COURT
ST. TAMMANY PARISH, LOUISIANA